THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

**CHARLES JENKINS-QUEEN,**
*Individually and on behalf of all
other similarly situated current and former
employees,*

   Plaintiff,

v.                NO. 3:18-cv-01294
                  Judge Richardson/Holmes

**MEDICAL NECESSITIES AND
SERVICES, LLC**,          FLSA Opt-In Collective Action
*a Tennessee Corporation*        **JURY DEMANDED**

   Defendant.

## JOINT MOTION TO AMEND SCHEDULING ORDER

   Pursuant to Fed. R. Civ. P. 16(b)(4) and due to the collective action nature of this putative Fair Labor Standards Act case, the parties jointly request that the Court enter an Order amending the Scheduling Order (ECF No. 22) to extend the time for filing Plaintiffs' Motion for Conditional Certification. As good cause, the parties state that they are currently in settlement negotiations, which may obviate the need for such motion or which may alleviate the disagreements between the parties concerning such conditional certification.

   Therefore, the parties request that the Court extend the current Motion for Conditional Certification deadline of May 3, 2019 to **June 14, 2019**. (Scheduling Order, ECF No. 22, at 4.) This will automatically extend the date Defendant's response is due, since it is due twenty-eight days from the filing of Plaintiffs' Motion. *Id.* Additionally, this amendment will automatically extend Plaintiff's reply deadline, since it is fourteen days after Defendant's response. *Id.* No other deadlines will be affected by this amendment, since (due to the collective action nature of this lawsuit) such deadlines have not yet been set.

WHEREFORE, the parties jointly request that the Court grant their motion and issue an Amended Scheduling Order with the amended date set forth herein.

Respectfully submitted,

*s/ Gordon E. Jackson*
Gordon E. Jackson (TN BPR #08323)
James L. Holt, Jr. (TN BPR #12123)
J. Russ Bryant (TN BPR #33830)
Nathaniel A. Bishop (TN BPR #35944)
JACKSON, SHIELDS, YEISER & HOLT
262 German Oak Drive
Memphis, Tennessee 38018
Telephone: (901) 754-8001
Facsimile: (901) 754-8524
*gjackson@jsyc.com*
*rbryant@jsyc.com*
*jholt@jsyc.com*
*nbishop@jsyc.com*

and

Nina Parsley (TN BPR #23818)
PONCE LAW
400 Professional Park Drive
Goodlettsville, TN 37072
*nina@poncelaw.com*

ATTORNEYS FOR PLAINTIFFS

*/s/ Thomas Anthony Swafford (with permission)*
Thomas Anthony Swafford (TN BPR #017578)
Margaret R. T. Myers (TN BPR #020506)
Adams and Reese LLP
424 Church Street, Suite 2700
Nashville, TN 37219
Telephone: (615) 259-1490
*tony.swafford@arlaw.com*
*margaret.myers@arlaw.com*

ATTORNEY FOR DEFENDANTS

## **CERTIFICATE OF SERVICE**

   I hereby certify that this Motion was filed electronically on this the 23rd day of April, 2019. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing, including:

Thomas Anthony Swafford
Margaret R. T. Myers
Adams and Reese LLP
424 Church Street, Suite 2700
Nashville, TN 37219
Telephone: (615) 259-1490
*tony.swafford@arlaw.com*
*margaret.myers@arlaw.com*

        *s/ Gordon E. Jackson*
        Gordon E. Jackson